```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 21538
   KEITH HEARN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-6691


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was not confirmed.

     The case was dismissed without confirmation 12/15/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                 CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

 TRINITY NATIONAL EMERGEN   UNSECURED     NOT FILED           .00              .00
 CITY OF CHICAGO EMS        UNSECURED     NOT FILED           .00              .00
 CITY OF CHICAGO PARKING    UNSECURED       780.00            .00              .00
 COMMONWEALTH EDISON        UNSECURED      1480.95            .00              .00
 SPRINT NEXTEL              UNSECURED       433.50            .00              .00
 FAMILY CHRISTIAN HEALTH    UNSECURED     NOT FILED           .00              .00
 LVNV FUNDING               UNSECURED       673.69            .00              .00
 INTERNAL REVENUE SERVICE   UNSECURED      2772.10            .00              .00
 MITCHELL N KAY             UNSECURED     NOT FILED           .00              .00
 RMI/MCSI                   UNSECURED       250.00            .00              .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED       387.71            .00              .00
 RWDS660 DSB                UNSECURED     NOT FILED           .00              .00
 T MOBILE                   UNSECURED     NOT FILED           .00              .00
 BUREAUS                    UNSECURED      1001.25            .00              .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED       711.18            .00              .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,314.00                         550.30
 TOM VAUGHN                 TRUSTEE                                          42.70
 DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                593.00

 PRIORITY                                       .00
 SECURED                                        .00
 UNSECURED                                      .00
 ADMINISTRATIVE                              550.30
 TRUSTEE COMPENSATION                         42.70
 DEBTOR REFUND                                  .00
                      ---------------     ---------------
 TOTALS                 593.00                593.00



                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21538 KEITH HEARN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE